CEQUENT PERFORMANCE PRODUCTS, INC.,
Appellant

v.

HOPKINS MANUFACTURING CORPORATION, The Coast Distribution System Inc., Appellees

2016-2701

United States Court of Appeals, Federal Circuit.

November 20, 2017

DAVID BOGDAN CUPAR, McDonald Hopkins LLP, Cleveland, OH, argued for appellant. Also represented by MATTHEW JOHN CAVANAGH.

SCOTT R. BROWN, Hovey Williams LLP, Overland Park, KS, argued for appellees. Also represented by MATTHEW B. WALTERS.

(Newman, O'Malley, and Wallach, Circuit Judges).

**JUDGMENT**

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**